## BUSINESS MEN'S ASSURANCE COMPANY, Appellant, v. Walter F. HAWKINS.

### No. 11233.

Circuit Court of Appeals, Eighth Circuit.
Nov. 12, 1938.

Charles W. Mehaffy, of Little Rock, Ark., for appellant.

C. E. Yingling, of Searcy, Ark., for appellee.

PER CURIAM.

Appeal dismissed for want of diligent prosecution.